# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY LLC, | ) CASE NO. 1:24-cv-1857 <br> ) <br> ) DISTRICT JUDGE <br> ) DAVID A. RUIZ |
| Plaintiff, | |
| v. | ) MAGISTRATE JUDGE <br> ) JAMES E. GRIMES JR. |
| CITY OF CLEVELAND, | ) |
| Defendant. | ) **ORDER OF RECUSAL** |

Under 28 U.S.C. § 455, I hereby disqualify myself from this case. The case is returned to the Clerk of Court for reassignment to another Magistrate Judge.

**IT IS SO ORDERED.**

Dated: October 25, 2024

*/s/ James E. Grimes Jr.*
James E. Grimes Jr.
U.S. Magistrate Judge