# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **CLEVELAND BROWNS FOOTBALL COMPANY LLC,** | ) Case No. 1:24-cv-01857 <br> ) <br> ) **Judge David A. Ruiz** |
| **Plaintiff,** | ) |
| vs. | ) |
| **THE CITY OF CLEVELAND,** | ) |
| **Defendant.** | ) |

## PLAINTIFF'S NOTICE OF NON-OPPOSITION
## TO THE STATE OF OHIO'S MOTION TO INTERVENE

Plaintiff Cleveland Browns Football Company LLC (the "Browns") does not oppose participation of the State of Ohio in this action, and the Browns look forward to a thorough consideration of the constitutionality of Ohio Rev. Code § 9.67 (the "Modell Law"). The Browns also look forward to a prompt resolution consistent with the Browns' plan to remain in the Greater Cleveland area and continue to invest significantly in the Northeast Ohio region well beyond the expiration of their lease at Huntington Bank Field after the 2028 season. In accordance with 28 U.S.C. § 2403(b), the Browns understand the scope of the State's intended participation to involve only "the question of constitutionality," which is raised in each of Counts I through V of the Complaint, and the Browns' consent is so limited.

In consenting to the relief requested in the State's Motion, the Browns do not admit and, in fact, disagree with many of the comments and positions set forth therein. In any event, the applicability of the Modell Law to the present circumstances is only raised in the Browns' Alternative Count VI, which is *not* within the scope of the State's right to intervene. Given the primacy of the constitutional claims and the involvement of the Attorney General, it would be in the best interests of all parties to expedite consideration of the constitutional issues.

Accordingly, and subject to the Browns' understanding of the scope of intervention set forth above, the Browns do not oppose the Motion.

Respectfully submitted,

*/s/ Anthony C. White*
Anthony C. White (0062146)
Robert F. Ware (0055515)
Kip T. Bollin (0065275)
Thomas M. Ritzert (0085370)
Kyle A. Hutnick (0095673)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
Phone: (216) 566-5500
Fax: (216) 566-5800
Tony.White@ThompsonHine.com
Rob.Ware@ThompsonHine.com
Kip.Bollin@ThompsonHine.com
Thomas.Ritzert@ThompsonHine.com
Kyle.Hutnick@ThompsonHine.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the foregoing was filed electronically on November 5, 2024 using the Court's ECF system and sent to the following:

Via U.S. Mail To:

Mark Griffin, Esq.
Law Director, City of Cleveland
601 Lakeside Avenue, Room 227
Cleveland, Ohio 44114

Via Email To:

Bridget C. Coontz
Samuel C. Peterson
Ohio Attorney General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
Bridget.coontz@ohioago.gov

                */s/ Anthony C. White*
                Anthony C. White (0062146)