UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| THE CLEVELAND BROWNS FOOTBALL COMPANY, LLC, | : : : | Case No. 1:24-cv-01857 |
| Plaintiff, | : : : | Judge David A. Ruiz |
| vs. | : : | |
| THE CITY OF CLEVELAND, et al. | : : | |
| Defendants. | : | |

### THE STATE OF OHIO'S RESPONSE TO MOTION FOR EXTENSION OF TIME

The State of Ohio was unaware that the City of Cleveland and the Cleveland Browns have been discussing an extension of time to respond to the Amended Complaint. It takes no position as to whether an extension is granted and, if so, for how long. The State is prepared to file its response to the Amended Complaint on whatever date the Court sets.

Respectfully submitted,

DAVE YOST
OHIO ATTORNEY GENERAL

*/s/ Bridget C. Coontz*

Bridget C. Coontz (0072919)
Chief Counsel and Ethics Officer
Bridget.coontz@ohioago.gov
Samuel C. Peterson (0081342)
Deputy Solicitor General
Ohio Attorney General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
Tel: 614-728-2035
bridget.coontz@OhioAGO.gov
Samuel.peterson@ohioago.gov

*Counsel for the State of Ohio*

## CERTIFICATE OF SERVICE

 I certify that a copy of the foregoing was filed electronically using the Court's ECF system and sent to the following via email:

Mark Griffin, Esq.
Gilbert Blomgren, Esq.
City of Cleveland Law Department
601 Lakeside
Cleveland, Ohio 441144
Via email:
mgriffin@clevelandohio.gov
gblomgren@clevelandohio.gov

Gregory Hilbert, Esq.
James R. Saywell, Esq.
Samuel V. Lioi, Esq.
Tracy K. Stratford, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
ghilbert@jonesday.com
jsaywell@jonesday.com
jherdman@jonesday.com
slioi@jonesday.com


Kip T. Bollin, Esq.
Kyle A. Hutnick, Esq.
Robert F. Ware, Esq.
Thomas M. Ritzert, Esq.
Anthony C. White, Esq.
Thompson, Hine – Cleveland
3900 Key Tower
127 Public Square
Cleveland, Ohio 441144
Via Email:
Kip.bollin@thompsonhine.com
Kyle.hutnick@thompsonhine.com
Robert.ware@thompsonhine.com
Thomas.ritzert@thompsonhine.com
Anthony.white@thompsonhine.com

            */s/ Bridget C. Coontz*

            _____
            Bridget C. Coontz (0072919)
            *Counsel for the State of Ohio*