**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY LLC, | ) | CASE NO. 1:24-CV-01857 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge |
| THE CITY OF CLEVELAND, | ) | Jonathan D. Greenberg |
| | ) | |
| Defendant, | ) | |
| | ) | Defendant's Motion to Dismiss |
| STATE OF OHIO, | ) | |
| | ) | |
| Intervenor. | ) | **ORAL ARGUMENT REQUESTED** |

**DEFENDANT CITY OF CLEVELAND'S**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant City of Cleveland moves this Court under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), as well as this Court's inherent authority, to dismiss the Amended Complaint (Doc. 12).  A memorandum in support is filed concurrently and incorporated by reference.  Counsel for the City also respectfully requests oral argument on this Motion, to the extent that the Court would find oral argument useful for resolving this Motion.

1

Respectfully submitted:

/s/ *Justin E. Herdman*

Justin E. Herdman (0080418)
Tracy K. Stratford (0069457)
James R. Saywell (0092174)
Samuel V. Lioi (0100464)
Gregory E. Hilbert (0101242)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Phone: (216) 586-7108
Fax:    (216) 579-0212
Email: jherdman@jonesday.com
        tkstratford@jonesday.com
        jsaywell@jonesday.com
        slioi@jonesday.com
        ghilbert@jonesday.com

Mark D. Griffin (0064141)
Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Email: MGriffin@clevelandohio.gov

*Attorneys for Defendant The City of Cleveland*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was filed electronically on the 15th day of January, 2025.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

> *s/ Justin E. Herdman*
>
> *One of the Attorneys for Defendant The City of Cleveland*