**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY LLC, | ) | CASE NO. 1:24-CV-01857 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge |
| THE CITY OF CLEVELAND, | ) | Jonathan D. Greenberg |
| | ) | |
| Defendant, | ) | |
| | ) | Defendant's Notice of Intent to Oppose |
| STATE OF OHIO, | ) | Plaintiff's Motion for Leave to Further Amend |
| | ) | the Complaint |
| Intervenor. | ) | |

**DEFENDANT CITY OF CLEVELAND'S
NOTICE OF INTENT TO OPPOSE PLAINTIFF'S MOTION FOR LEAVE TO
FURTHER AMEND THE COMPLAINT**

Defendant City of Cleveland respectfully files this Notice to inform the Court that the City of Cleveland intends to oppose Plaintiff's Motion for Leave to Further Amend the Complaint (Doc. 30). The City of Cleveland will file its Opposition on or before April 1, 2025, pursuant to Local Rule 7.1.

Respectfully submitted:

/s/ *Justin E. Herdman*

Justin E. Herdman (0080418)
Tracy K. Stratford (0069457)
James R. Saywell (0092174)
Samuel V. Lioi (0100464)
Gregory E. Hilbert (0101242)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Phone: (216) 586-7108
Fax:    (216) 579-0212
Email: jherdman@jonesday.com
          tkstratford@jonesday.com
          jsaywell@jonesday.com
          slioi@jonesday.com
          ghilbert@jonesday.com

Mark D. Griffin (0064141)
Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Email: MGriffin@clevelandohio.gov

*Attorneys for Defendant The City of Cleveland*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on the 20th day of March, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Justin E. Herdman*

*One of the Attorneys for Defendant The City of Cleveland*