# ATTACHMENT A

11560

# AN ACT

Amended Substitute Senate Bill No. 310
121st General Assembly
of Ohio

**Supplemental Appropriations FY 1997**

Am. Sub. S. B. No. 310

11567

plement and modify the authorizations and conditions established for the operation and administration of certain state programs, and to provide a special commission for the supervision or management and control of school districts determined to be fiscally unsound, to sunset on June 30, 1998, the enactment of section 131.44 and the amendment of section 5747.02 of the Revised Code, to authorize the issuance of a special wildlife conservation license plate, and to make supplemental appropriations for the biennium ending June 30, 1997.

*Be it enacted by the General Assembly of the State of Ohio:*

SECTION 1. That sections 103.73, 103.74, 105.41, 122.74, 122.76, 122.89, 125.041, 166.08, 307.851, 325.06, 504.02, 504.03, 1507.12, 1531.26, 1907.20, 3313.483, 3313.487, 3313.488, 3313.489, 3313.4811, 3317.063, 3317.16, 3317.62, 3333.12, 3375.121, 3705.24, 3721.01, 3721.011, 3721.04, 4141.25, 4504.21, 5119.02, 5119.62, 5120.051, 5120.16, 5122.05, 5122.15, 5122.31, 5123.03, 5501.311, 5540.02, 5540.03, 5540.16, 5739.02, 5747.02, 5747.025, and 5747.08 be amended and new section 5120.17 and sections 9.67, 109.111, 131.44, 307.023, 3316.01, 3316.02, 3316.03, 3316.04, 3316.05, 3316.06, 3316.07, 3316.08, 3316.081, 3316.09, 3316.10, 3316.11, 3316.12, 3316.13, 3316.14, 3316.16, 3316.17, 3316.18, 3316.19 and 4503.57 of the Revised Code be enacted to read as follows:

Sec. 9.67. NO OWNER OF A PROFESSIONAL SPORTS TEAM THAT USES A TAX-SUPPORTED FACILITY FOR MOST OF ITS HOME GAMES AND RECEIVES FINANCIAL ASSISTANCE FROM THE STATE OR A POLITICAL SUBDIVISION THEREOF SHALL CEASE PLAYING MOST OF ITS HOME GAMES AT THE FACILITY AND BEGIN PLAYING MOST OF ITS HOME GAMES ELSEWHERE UNLESS THE OWNER EITHER:

(A) ENTERS INTO AN AGREEMENT WITH THE POLITICAL SUBDIVISION PERMITTING THE TEAM TO PLAY MOST OF ITS HOME GAMES ELSEWHERE;

(B) GIVES THE POLITICAL SUBDIVISION IN WHICH THE FACILITY IS LOCATED NOT LESS THAN SIX MONTHS' ADVANCE NOTICE OF THE OWNER'S INTENTION TO CEASE PLAYING MOST OF ITS HOME GAMES AT THE FACILITY AND, DURING THE SIX MONTHS AFTER SUCH NOTICE, GIVES THE POLITICAL SUBDIVISION OR ANY INDIVIDUAL OR GROUP OF INDIVIDUALS WHO RESIDE IN THE AREA THE OPPORTUNITY TO PURCHASE THE TEAM.

The above boxed text was disapproved June 20, 1996, by Governor Voinovich

Am. Sub. S. B. No. 310

11568

Sec. 103.73. (A) The correctional institution inspection committee shall do all of the following:

(1) Subject to division (C) of this section, establish and maintain a continuing program of inspection of each state correctional institution used for the custody, control, training, and rehabilitation of persons convicted of crime. Subject to division (C) of this section, the committee may inspect any local correctional institution used for the same purposes. Subject to division (C) of this section, the committee, and each member of ~~it~~ THE COMMITTEE, for the purpose of making an inspection pursuant to this section, shall have access to any state or local correctional institution or to any part of the institution and shall not be required to give advance notice of, or to make prior arrangements before conducting, an inspection.

(2) Evaluate and assist in the development of programs to improve the condition or operation of correctional institutions;

(3) Prepare a report for submission to the succeeding general assembly of the findings ~~made~~ THE COMMITTEE MAKES in its inspections and of any programs that have been proposed or developed to improve the condition or operation of the correctional institutions in the state. The report shall contain a separate evaluation of the inmate grievance procedure at each state correctional institution. The committee shall submit the report to the succeeding general assembly within fifteen days after commencement of ~~its~~ THAT GENERAL ASSEMBLY'S first regular session.

(B) Subject to division (C) of this section, the committee shall make an inspection of each state correctional institution each biennium. The inspection shall ~~consist of not less than four hours and shall~~ include attendance at one general meal period and one rehabilitative or educational program.

(C) An inspection of a state correctional institution or local correctional institution under division (A) or (B) of this section or under section 103.74 of the Revised Code is subject to and shall be conducted in accordance with all of the following:

(1) The inspection shall not be conducted unless the ~~chairman and vice-chairman~~ CHAIRPERSON of the committee ~~grant~~ GRANTS prior approval for the inspection. THE GRANT OF PRIOR APPROVAL SHALL SPECIFY WHETHER THE INSPECTION IS TO BE CONDUCTED BY A SUBCOMMITTEE APPOINTED UNDER SECTION 103.74 OF THE REVISED CODE OR IS TO BE CONDUCTED OTHER THAN BY A SUBCOMMITTEE APPOINTED UNDER THAT SECTION.

(2) The inspection shall not be conducted unless ONE OF THE FOLLOWING APPLIES:

(a) IF THE INSPECTION IS TO BE CONDUCTED BY A SUBCOMMITTEE APPOINTED UNDER SECTION 103.74 OF THE REVISED CODE, at least two members appointed to the committee are present for the inspection;

(b) IF DIVISION (C)(2)(a) OF THIS SECTION DOES NOT APPLY, AT LEAST ONE MEMBER APPOINTED TO THE COMMITTEE AND AT LEAST ONE STAFF MEMBER OF THE COMMITTEE ARE PRESENT FOR THE INSPECTION.

Am. Sub. S. B. No. 310

11824

SECTION 46. The Chief of the Division of Wildlife and the Bureau of Motor Vehicles shall take all appropriate actions to begin receiving requests for and issuing of Wildlife Conservation license plates no later than six months after the effective date of this act.

_____ *JoAnn Davidson* _____
Speaker _____ of the House of Representatives.

_____ *Stanley J. Aronoff* _____
President _____ of the Senate.

Passed _May 30_, 19_96_
(Concurred in H. am.)

Approved _June 20_, 19_96_

_____ *George V. Voinovich* _____
Governor.

Am. Sub. S. B. No. 310     11825

The section numbering of law of a general and permanent nature is complete and in conformity with the Revised Code.

*Robert M Shapiro*

Director, Legislative Service Commission.

Filed in the office of the Secretary of State at Columbus, Ohio, on the 20th day of June, A. D. 1996.

*Bob Taft*

Secretary of State.

File No. 179     Effective Date September 19, 1996

In accordance with section 23 of the Act and ORC section 1.471 the codified and uncodified sections of law contained in the Act are immediately effective except for those sections specified in section 24 of the Act, certain other sections are effective or specified in those sections.

Section 33 of Am. Sub. H.B. 117 of the 121st General Assembly is amended by this act and also by Am. Sub. S.B. 293 of the 121st General Assembly. Section 47 of Am. Sub. H.B. 117 of the 121st General Assembly is amended by this act and also by Am. Sub. H.B. 440 and Am. H.B. 748, all of the 121st General Assembly. Comparison of these amendments in pursuance of section 1.52 of the Revised Code discloses that they are not irreconcilable so that they are required by that section to be harmonized to give effect to each amendment.

*Robert M Shapiro*

Director, Legislative Service Commission