# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY LLC, et al. | ) CASE NO. 1:24-CV-01857 |
| Plaintiffs, | ) JUDGE DAVID A. RUIZ |
| vs. | ) |
| THE CITY OF CLEVELAND, et al. | ) Magistrate Judge Jonathan D. Greenberg |
| Defendants, | ) |
| STATE OF OHIO, | ) Defendants' Unopposed Motion for an Extension of Time to Answer |
| Intervenor. | ) |

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER

Defendants respectfully move this Court for an extension of time to answer Plaintiffs' Second Amended Complaint. Plaintiffs filed that complaint on May 26, 2025. Doc. 41. Defendants filed a motion to dismiss that complaint 21 days later, on June 9, 2025. Doc. 44; *accord* Fed. R. Civ. P. 12(a)(1)(A)(i). Ordinarily, a Rule 12 motion to dismiss delays the time to answer until 14 days after the Court disposes of that motion. Fed. R. Civ. P. 12(a)(4)(A); *see also* Doc. 40 ("Once Plaintiff files the Second Amended Complaint, Cleveland and Ohio may move, answer, or otherwise respond within the time set forth by the Federal Rules of Civil Procedure and the Local Rules."). On June 10, this Court issued a Case Management Conference Scheduling Order, which stated that "[t]he filing of a motion to dismiss shall not delay the time in which the party must answer the complaint." Doc. 46 at 5 (PageID 972). Because Defendants were not

1

aware of any departure from Rule 12(a)(4)(A) until they received the June 10 order, Defendants hereby request an extension until June 30 to answer. Plaintiffs do not oppose this request.

Respectfully submitted:

/s/ *Justin E. Herdman*

Justin E. Herdman (0080418)
Tracy K. Stratford (0069457)
James R. Saywell (0092174)
Samuel V. Lioi (0100464)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Phone: (216) 586-7108
Fax:    (216) 579-0212
Email: jherdman@jonesday.com
         tkstratford@jonesday.com
         jsaywell@jonesday.com
         slioi@jonesday.com

Mark D. Griffin (0064141)
Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Email: MGriffin@clevelandohio.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on the 17th day of June, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Justin E. Herdman*

*One of the Attorneys for Defendants*