**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **CLEVELAND BROWNS FOOTBALL COMPANY, LLC,** | : : : | Case No. 1:24-cv-01857 |
| Plaintiff, | : : | Judge David A. Ruiz |
| vs. | : : | |
| THE CITY OF CLEVELAND, et al. | : : | |
| Defendants. | : | |

**THE STATE OF OHIO'S UNOPPOSED MOTION**
**FOR AN EXTENTION OF TIME TO ANSWER**

Intervenor-Defendant the State of Ohio ("the State") respectfully moves this Court for an extension of time to answer Plaintiffs' Second Amended Complaint. Plaintiffs filed that complaint on May 26, 2025. Doc. 41. The State filed its motion to dismiss that complaint 21 days later, on June 9, 2025. Doc. 45; *accord* Fed. R. Civ. P. 12(a)(1)(A)(i). On June 10, this Court issued a Case Management Conference Scheduling Order, which states that "[t]he filing of a motion to dismiss shall not delay the time in which the party must answer the complaint." Doc. 46 at 5 (PageID 972). When the State received the Order, it had not yet filed an Answer and therefore requests an extension until June 30 to do so. Plaintiffs do not oppose this request and this is the same filing deadline ordered for the City of Cleveland. *Order Granting Defendants' Doc. 48 Motion for Extension of Time to Answer as unopposed,* issued June 19, 2025.

1

Respectfully submitted,

DAVE YOST
OHIO ATTORNEY GENERAL

*/s/ Bridget C. Coontz*
Bridget C. Coontz (0072919)
Chief Counsel and Ethics Officer
Samuel C. Peterson (0081342)
Deputy Solicitor General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
Tel: 614-728-2035
bridget.coontz@OhioAGO.gov
samuel.peterson@OhioAGO.gov

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on June 20, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             */s/ Bridget C. Coontz*
                                             Bridget C. Coontz (0072919)
                                             Chief Counsel and Ethics Officer
                                             30 East Broad Street, 17th Floor
                                             Columbus, Ohio 43215
                                             Tel: 614-728-2035
                                             bridget.coontz@OhioAGO.gov