# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY LLC, et al. | CASE NO. 1:24-CV-01857 |
| Plaintiffs, | JUDGE DAVID A. RUIZ |
| vs. | |
| THE CITY OF CLEVELAND, et al., | Magistrate Judge Jonathan D. Greenberg |
| Defendants, | |
| STATE OF OHIO, | |
| Intervenor. | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO HOLD CASE IN ABEYANCE

Pending before the Court is Defendants' Motion to Hold Case in Abeyance.

Upon consideration of the motion and supporting arguments, it is hereby **ORDERED** that all deadlines are held in abeyance pending Plaintiffs' filing addressing the implications of intervening state legislation on this case. Plaintiffs shall so file within 10 days of this order's entry. If Plaintiffs do not move to voluntarily dismiss this case as moot, all of Defendants' and the State of Ohio's responsive deadlines will be tolled until at least 7 days after Plaintiffs' filing mentioned above unless a later date is already provided under the rules or this Court's orders. All deadlines beyond 7 days after such filing by Plaintiffs will remain intact.

Dated: _____  _____
                                          Hon. David A. Ruiz