# EXHIBIT A



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

# Court of Common Pleas

NOTICE OF
July 1, 2025 16:20

By: JUSTIN E. HERDMAN 0080418

Confirmation Nbr. 3542025

CITY OF CLEVELAND  CV 25 110189

vs.

**Judge:** LAUREN C. MOORE

HASLAM SPORTS GROUP, LLC, ET AL.

**Pages Filed:** 3

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO
GENERAL DIVISION

| | |
|---|---|
| THE CITY OF CLEVELAND,<br><br>Plaintiff,<br><br>v.<br><br>HASLAM SPORTS GROUP, LLC; CLEVELAND BROWNS FOOTBALL COMPANY LLC; CLEVELAND BROWNS STADIUM COMPANY LLC<br><br>Defendants. | CASE NO. CV-25-110189<br><br>JUDGE LAUREN C. MOORE<br><br><br>Notice of Stay in Federal Court Action |

**PLAINTIFF CITY OF CLEVELAND'S NOTICE OF
STAY OF FEDERAL COURT ACTION**

The City of Cleveland hereby notifies this Court of new developments in *Cleveland Browns Football Company, LLC v. City of Cleveland*, No. 1:24-cv-01857 (N.D. Ohio 2024), the Browns' federal case that purported to challenge the Modell Law's constitutionality.

The City previously notified this Court of its pending motion, filed June 27, 2025, to hold all federal-court deadlines in abeyance until the Browns address how the proposed Haslam Law impacts their third federal complaint. *See* 07/27/2025 Notice of Motion to Hold Federal Court Deadlines In Abeyance. On June 30, 2025, the federal court entered an order on that motion:

> **Order [non-document] partially granting Defendants' [51] Motion to Hold Deadlines in Abeyance.** At this time, the Court declines to order Plaintiffs to address the implications of the pending budget legislation. However, all deadlines are held in abeyance, and this action is stayed until further Order of the Court.

ECF 51, *Cleveland Browns Football Company, LLC v. City of Cleveland*, No. 1:24-cv-01857 (N.D. Ohio June 30, 2024).

To be clear, the federal action—which turns on the constitutionality of the Modell Law—is now stayed indefinitely. If it were not obvious before, it is now: this Ohio action, focused on the Browns' breach of their lease, is the only way to resolve the claims between these parties and provide the much-needed finality that both parties seek.

Respectfully Submitted,

Dated: July 1, 2025

/s/ *Justin E. Herdman*
Justin E. Herdman, Bar No. 0080418
jherdman@jonesday.com
Tracy K. Stratford, Bar No. 0069457
tkstratford@jonesday.com
James R. Saywell, Bar No. 0092174
jsaywell@jonesday.com
Samuel V. Lioi, Bar No. 0100464
slioi@jonesday.com
Andrew S. Rumschlag, Bar No. 0102708
arumschlag@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114.1190
Tel: (216) 586-3939
Facsimile: (216) 579-0212

Mark D. Griffin, Bar No. 0064141
MGriffin@clevelandohio.gov
Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800

*Attorneys for Plaintiff*
*The City of Cleveland*

## CERTIFICATE OF SERVICE

     I certify that on July 1, 2025, I electronically filed the foregoing with the Clerk of Court using the electronic filing system, which will send electronic notice of this filing by email to all registered users that have entered an appearance in this case.

                                Respectfully submitted,

                              /s/ *Justin E. Herdman*
                             Justin E. Herdman
                             *One of the Attorneys for Plaintiff*
                             *The City of Cleveland*