# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY LLC, | Case No: 1:24-cv-1857 |
| Plaintiff | Judge David A. Ruiz |
| v. | |
| THE CITY OF CLEVELAND, | |
| Defendant | |
| STATE OF OHIO, | |
| Intervenor. | |

## NOTICE OF APPEARANCE

Andrew S. Rumschlag of the law firm Jones Day, a member in good standing in the Northern District of Ohio, hereby enters his appearance as counsel for defendant the City of Cleveland in the above-captioned matter.

Dated: July 31, 2025

Respectfully submitted,

/s/ *Andrew S. Rumschlag*
Andrew S. Rumschlag
Ohio Bar No. 0102708
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Phone: (216) 586-3939
Email: arumschlag@jonesday.com

*Attorney for The City of Cleveland*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves e-mail notification of such filing to the attorneys of record, each of whom is a registered participant in the Court's electronic notice and filing system and each of whom may access this filing via the Court's CM/ECF system.

Dated: July 31, 2025

                                                       */s/ Andrew S. Rumschlag*
                                                       Andrew S. Rumschlag