# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

MINUTES OF PROCEEDINGS AND ORDER – CIVIL

| | |
|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY LLC, *et al.*, | ) CASE No. 1:24-cv-01857 |
| | ) |
| | ) DATE: July 31, 2025 |
| Plaintiffs, | ) |
| | ) JUDGE DAVID A. RUIZ |
| v. | ) |
| | ) COURT REPORTER:  n/a |
| CITY OF CLEVELAND, *et al.*, | ) |
| | ) |
| Defendants. | ) |

Attorneys for Plaintiffs:
William D. Savitt, Robert F. Ware, Anitha Reddy, Bradley R. Wilson, Thomas M. Ritzert

Attorneys for Defendant City of Cleveland:
Justin E. Herdman, Gilbert E. Blomgren, James R. Saywell, Mark D. Griffin, Tracy K. Stratford, Andy Rumschlaug.

Attorney for Defendant Mark D. Griffin:
Justin E. Herdman

Attorney for Intervenor State of Ohio:
Bridget Coontz

PROCEEDINGS:  The Court held an in person status conference on this date with the above counsel; Plaintiffs' Representatives Ted Tywang, Chief Administrative Officer and General Counsel, Haslam Sports Group, and Mary Shepro, Assistant Counsel, Haslam Sports Group; and Defendant City of Cleveland Representatives William M. Menzalora, Chief Assistant Director of Law, and Alejandro Gonzalez, Assistant Director of Law.

     The Court discussed the posture of the case and discussed next steps towards efficient case management. A follow-up telephonic status conference is set for August 6, 2025 at 2:00 p.m.  Lead counsel must attend, clients and client representatives may attend but are not

required to do so. Issues to be addressed include setting a revised briefing schedule and a time-frame for setting a case-management conference. If the parties reach an agreement on those issues, they may submit a joint proposal prior to the conference. In anticipation of the revised briefing schedule based *inter alia* upon the changes to Ohio Revised Code 9.67, all current pending motions (ECF Nos. 42, 43, 44, 45 and 52) are denied *without prejudice*. Conferencing instructions to be provided to counsel by email at a later date.

    IT IS SO ORDERED.

Total Time: 55 minutes

*s/ David A. Ruiz*
David A. Ruiz
U.S. District Judge