UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **CLEVELAND BROWNS FOOTBALL COMPANY LLC,** | **Case No. 1:24-CV-01857-DAR** |
| **CLEVELAND BROWNS STADIUM COMPANY LLC,** | **Judge David A. Ruiz** |
| **HASLAM SPORTS GROUP, LLC,** | |
| **JHAC, LLC,** | |
| **Plaintiffs,** | |
| vs. | |
| **THE CITY OF CLEVELAND,** | |
| **MARK D. GRIFFIN,** in his official capacity, | |
| **Defendants,** | |
| **THE STATE OF OHIO,** | |
| **Intervenor-Defendant.** | |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiffs Cleveland Browns Football Company LLC, Cleveland Browns Stadium Company LLC, Haslam Sports Group, LLC, and JHAC, LLC (collectively, the "Browns"), Defendants the City of Cleveland and Mark D. Griffin, in his official capacity (collectively, the "City"), and Intervenor-Defendant the State of Ohio (the "State" and together with the Browns and

the City, the "Parties") jointly submit this Stipulation and [Proposed] Order and in support thereof state as follows:

WHEREAS, on June 30, 2025, the Court partially granted the City's Motion to Hold Deadlines in Abeyance and stayed this action until further order of the Court;

WHEREAS, on July 31, 2025, the Court held a status conference to discuss the efficient case management of the action and set a follow-up status conference for August 6, 2025 at 2 p.m. to address issues including setting a revised briefing schedule for defendants' renewed motions to dismiss and time-frame for setting a case management conference, and further providing that if the Parties reach agreement on those issues, they may submit a joint proposal prior to the status conference;

WHEREAS, the Parties have conferred on the issues to be addressed at the status conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties by and through their respective counsel and subject to the approval of the Court, that:

1. The stay of this action ordered on June 30, 2025 is hereby lifted.
2. [Subject to determination of the Court's availability] The case management conference is set for September [9], 2025 at [10 a.m.].
3. The City and the State shall file any renewed motions to dismiss the Second Amended Complaint by September 12, 2025.
4. The Browns shall file any briefs in opposition to the City's and the State's renewed motions to dismiss within 30 days after service of the motions to dismiss.
5. The City and the State shall file any replies in support of their renewed motions to dismiss within 14 days after service of the Browns' briefs in opposition.

6. The City's and State's Answers shall be due, if at all, 14 days after the Court rules on the renewed motion to dismiss.

7. [The status conference set for August 6, 2025 is cancelled.]

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
David A. Ruiz
United States District Judge

Respectfully submitted,

*/s/ Anthony C. White*
Anthony C. White (0062146)
Robert F. Ware (0055515)
Kip T. Bollin (0065275)
Thomas M. Ritzert (0085370)
Kyle A. Hutnick (0095673)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
Phone: (216) 566-5500
Fax: (216) 566-5800
Tony.White@ThompsonHine.com
Rob.Ware@ThompsonHine.com
Kip.Bollin@ThompsonHine.com
Thomas.Ritzert@ThompsonHine.com
Kyle.Hutnick@ThompsonHine.com

William Savitt (*pro hac vice*)
Bradley R. Wilson (*pro hac vice*)
Anitha Reddy (*pro hac vice*)
Adam M. Gogolak (*pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Phone: (212) 403-1000
Fax: (212) 403-2000
WDSavitt@wlrk.com
BRWilson@wlrk.com
AReddy@wlrk.com
AMGogolak@wlrk.com

*Attorneys for Plaintiffs*

and

4

        */s/ Justin E. Herdman*
Justin E. Herdman (0080418)
Tracy K. Stratford (0069457)
James R. Saywell (0092174)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Phone: (216) 586-7108
Fax: (216) 579-0212
Email: jherdman@jonesday.com
tkstratford@jonesday.com
jsaywell@jonesday.com

Mark D. Griffin (0064141)
Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Email: MGriffin@clevelandohio.gov

*Attorneys for Defendants*


DAVE YOST
OHIO ATTORNEY GENERAL

*/s/ Bridget C. Coontz*
Bridget C. Coontz (0072919)
Chief Counsel and Ethics Officer
Samuel C. Peterson (0081342)
Deputy Solicitor General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
Tel: 614-728-2035
bridget.coontz@OhioAGO.gov
Samuel.peterson@ohioago.gov

*Attorneys for Intervenor-Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically on August 6, 2025, and counsel of record will receive a notice of filing through the Court's electronic filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E) and this Court's Local Rules.

                                                */s/ Anthony C. White*
                                                Anthony C. White (0062146)

                                                *One of the Attorneys for Plaintiffs*