# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY LLC, *et al.*, | ) ) ) | CASE NO.   1:24-cv-01857 |
| Plaintiffs, | ) ) | |
| v. | ) ) | JUDGE DAVID A. RUIZ |
| CITY OF CLEVELAND, *et al.*, | ) ) | |
| Defendants. | ) ) | **ORDER** |

    The Court issues this Order pursuant to the parties' joint stipulation. (R. 57). The stay of this action ordered on June 30, 2025, is hereby lifted.

    A telephonic case management conference is set for September 10, 2025 at 9:00 a.m. The parties are hereby instructed to file their report of parties' planning meeting no later than September 5, 2025. Conferencing instructions to be issued at a later date. Lead counsel must attend. Parties or party representatives *may* attend, but are not required to do so. All other requirements and directives set forth in the CMC scheduling order (R. [46]) remain in effect.

    The City of Cleveland and the State of Ohio shall file any renewed motions to dismiss the Second Amended Complaint by September 12, 2025. Any briefs in opposition are due thirty days thereafter. Reply briefs are due fourteen days after opposition briefs.

    The City's and State's Answers shall be due, if at all, fourteen days after the Court rules on the renewed motion(s) to dismiss.

    IT IS SO ORDERED.

Dated: August 15, 2025                                      s/ *David A. Ruiz*
                                                                          David A. Ruiz
                                                                          United States District Judge