**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

---
MINUTES OF PROCEEDINGS AND ORDER– CIVIL
---

| | |
|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY LLC, *et al.*, | ) CASE No. 1:24-cv-01857 ) |
| Plaintiffs, | ) DATE: September 10, 2025 ) |
| v. | ) JUDGE DAVID A. RUIZ ) |
| CITY OF CLEVELAND, *et al.*, | ) COURT REPORTER:  n/a ) |
| Defendants. | ) ) |

| Attorneys for Plaintiffs: | Attorneys for Defendant City of Cleveland: |
|---|---|
| William D. Savitt, Robert F. Ware, Anitha Reddy, Kyle A. Hutnick | Justin E. Herdman, Tracy K. Stratford |
| | Attorney for Defendant Mark D. Griffin: Justin E. Herdman |
| | Attorney for Intervenor State of Ohio: Bridget Coontz |

PROCEEDINGS:  The Court held a telephonic case management conference on this date with the above counsel; Plaintiffs' Representatives Ted Tywang, Chief Administrative Officer and General Counsel, Haslam Sports Group, Mary Shepro, Assistant Counsel, Haslam Sports Group, and Peter John-Baptiste, Chief Communications Officer.

The case is assigned to the standard track. The Court defers setting any discovery deadlines at this time, as the Second Amended Complaint raises primarily legal issues that do not require discovery. Any further amendments to the pleadings and/or the addition of parties will only be permitted after seeking leave of court. The Court's previous Order (R. 58) setting a deadline for September 12, 2025, to file any renewed motions to dismiss the Second

Amended Complaint remains in effect. In the event any party seeks to certify a question to the Ohio Supreme Court, such request should be raised in the parties' motion briefing and the responses thereto.

      IT IS SO ORDERED.

Total Time:  50 minutes

s/ *David A. Ruiz*
David A. Ruiz
U.S. District Judge