**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY LLC, et al. | ) | CASE NO. 1:24-CV-01857 |
| | ) | |
| Plaintiffs, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge |
| THE CITY OF CLEVELAND, et al. | ) | Jonathan D. Greenberg |
| | ) | |
| Defendants, | ) | |
| | ) | Defendants' Motion to Dismiss |
| STATE OF OHIO, | ) | |
| | ) | |
| Intervenor. | ) | |

---

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFFS' SECOND AMENDED COMPLAINT**

---

Defendants move this Court under Fed. R. Civ. P. 12(b)(6), as well as this Court's inherent authority, to dismiss the Second Amended Complaint (Doc. 41). A memorandum in support is filed concurrently and incorporated by reference.

Respectfully submitted:

/s/ *Justin E. Herdman*

Justin E. Herdman (0080418)
Tracy K. Stratford (0069457)
James R. Saywell (0092174)
Andrew S. Rumschlag (0102708)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Phone: (216) 586-7108
Fax:    (216) 579-0212
Email: jherdman@jonesday.com
         tkstratford@jonesday.com
         jsaywell@jonesday.com
         arumschlag@jonesday.com

Mark D. Griffin (0064141)
Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Email: MGriffin@clevelandohio.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was filed electronically on the 12th day of September, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Justin E. Herdman*

*One of the Attorneys for Defendants*