# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY LLC, et al. | CASE NO. 1:24-CV-01857 |
| Plaintiffs, | JUDGE DAVID A. RUIZ |
| vs. | |
| THE CITY OF CLEVELAND, et al., | Magistrate Judge Jonathan D. Greenberg |
| Defendants, | |
| STATE OF OHIO, | |
| Intervenor. | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Pending before the Court is Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.

Upon consideration of the motion and supporting arguments, it is hereby **ORDERED** that the above-referenced action is dismissed with prejudice.

Dated: _____    _____
                                                       Hon. David A. Ruiz