UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **CLEVELAND BROWNS FOOTBALL COMPANY LLC,**<br><br>**CLEVELAND BROWNS STADIUM COMPANY LLC,**<br><br>**HASLAM SPORTS GROUP, LLC,**<br><br>**JHAC, LLC,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**THE CITY OF CLEVELAND,**<br><br>**MARK D. GRIFFIN,** in his official capacity,<br><br>**Defendants,**<br><br>**THE STATE OF OHIO,**<br><br>**Intervenor-Defendant.** | **Case No. 1:24-CV-01857-DAR**<br><br>**Judge David A. Ruiz** |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiffs Cleveland Browns Football Company LLC, Cleveland Browns Stadium Company LLC, Haslam Sports Group, LLC, and JHAC, LLC (collectively, the "Browns"), Defendants the City of Cleveland and Mark D. Griffin, in his official capacity (collectively, the "City"), and Intervenor-Defendant the State of Ohio (the "State" and together with the City, the "Defendants") jointly submit this Stipulation and [Proposed] Order and in support thereof state as follows:

WHEREAS, on September 12, 2025, Defendants filed their renewed motions to dismiss the Second Amended Complaint;

WHEREAS, under the Court's order of August 15, 2025 (ECF No. 58), the Browns' deadline for filing their briefs in opposition to the Defendants' renewed motions to dismiss is October 14, 2025;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties by and through their respective counsel and subject to the approval of the Court, that:

1. The Browns shall file any briefs in opposition to the Defendants' renewed motions to dismiss by November 13, 2025.

**IT IS SO ORDERED.**

DATED: _____, 2025                    _____
                                                                                          David A. Ruiz
                                                                                          United States District Judge

Respectfully submitted,

*/s/ Anthony C. White*
Anthony C. White (0062146)
Robert F. Ware (0055515)
Kip T. Bollin (0065275)
Thomas M. Ritzert (0085370)
Kyle A. Hutnick (0095673)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
Phone: (216) 566-5500
Fax: (216) 566-5800
Tony.White@ThompsonHine.com
Rob.Ware@ThompsonHine.com
Kip.Bollin@ThompsonHine.com
Thomas.Ritzert@ThompsonHine.com
Kyle.Hutnick@ThompsonHine.com

William Savitt (*pro hac vice*)
Anitha Reddy (*pro hac vice*)
Adam M. Gogolak (*pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Phone: (212) 403-1000
Fax: (212) 403-2000
WDSavitt@wlrk.com
AReddy@wlrk.com
AMGogolak@wlrk.com

*Attorneys for Plaintiffs*

*/s/ Justin E. Herdman*
Justin E. Herdman (0080418)
Tracy K. Stratford (0069457)
James R. Saywell (0092174)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Phone: (216) 586-7108
Fax: (216) 579-0212

4

Email: jherdman@jonesday.com
tkstratford@jonesday.com
jsaywell@jonesday.com

Mark D. Griffin (0064141)
Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Email: MGriffin@clevelandohio.gov

*Attorneys for Defendants*

DAVE YOST
OHIO ATTORNEY GENERAL

*/s/ Bridget C. Coontz*
Bridget C. Coontz (0072919)
Chief Counsel and Ethics Officer
Samuel C. Peterson (0081342)
Deputy Solicitor General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
Tel: 614-728-2035
bridget.coontz@OhioAGO.gov
Samuel.peterson@ohioago.gov

*Attorneys for Intervenor-Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was filed electronically on October 13, 2025, and counsel of record will receive a notice of filing through the Court's electronic filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E) and this Court's Local Rules.

                */s/ Anthony C. White*
                Anthony C. White (0062146)

                *One of the Attorneys for Plaintiffs*