**Motion granted.**
**IT IS SO ORDERED.**
s/*David A. Ruiz*
U.S. District Judge
October 28, 2025

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY LLC, *et al.*, | CASE NO. 1:24-CV-01857 |
| Plaintiffs, | JUDGE DAVID A. RUIZ |
| vs. | |
| THE CITY OF CLEVELAND, *et al.*, | Magistrate Judge Jonathan D. Greenberg |
| Defendants, | |
| STATE OF OHIO, | **Joint Motion to Stay the Case** |
| Intervenor. | |

The Plaintiffs and Defendants ("Parties") have reached an agreement in principle to resolve this lawsuit. The Parties respectfully and jointly request a brief stay of these proceedings for 45 days, until December 1, 2025, in which to formalize their agreement. The State of Ohio, intervenor, has no objection to this motion.

Dated: 10/16/2025

Respectfully submitted:

/s/ Tracy K. Stratford
Justin E. Herdman (0080418)
jherdman@jonesday.com
Tracy K. Stratford (0069457)
tkstratford@jonesday.com
James R. Saywell (0092174)
jsaywell@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114.1190
Tel: (216) 586-3939
Facsimile: (216) 579-0212

Mark D. Griffin (0064141)
MGriffin@clevelandohio.gov
Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800

*Attorneys for Defendants*

/s/ Anthony C. White
Anthony C. White (0062146)
Robert F. Ware (0055515)
Kip T. Bollin (0065275)
Thomas M. Ritzert (0085370)
Kyle A. Hutnick (0095673)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
Phone: (216) 566-5500
Fax: (216) 566-5800
Tony.White@ThompsonHine.com
Rob.Ware@ThompsonHine.com
Kip.Bollin@ThompsonHine.com
Thomas.Ritzert@ThompsonHine.com
Kyle.Hutnick@ThompsonHine.com

William Savitt (PHV No. 29327)
Bradley R. Wilson (PHV No. 29330)
Anitha Reddy (PHV No. 29326)
Adam M. Gogolak (PHV No. 5969)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000 wdsavitt@wlrk.com
brwilson@wlrk.com areddy@wlrk.com
amgogolak@wlrk.com

*Attorneys for Plaintiffs*