# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY LLC, *et al.*, | ) CASE NO. 1:24-CV-01857 ) ) |
| Plaintiffs, | ) JUDGE DAVID A. RUIZ ) |
| vs. | ) ) ) Magistrate Judge |
| THE CITY OF CLEVELAND, *et al.*, | ) Jonathan D. Greenberg ) |
| Defendants, | ) ) ) Joint Motion to Extend Stay of the Case |
| STATE OF OHIO, | ) ) |
| Intervenor. | ) |

The Plaintiffs and Defendants ("Parties") have reached an agreement in principle to resolve this lawsuit. On October 16, 2025, the Parties jointly requested a brief stay of these proceedings for 45 days, until December 1, 2025, in which to formalize their agreement. This Court granted the motion on October 28, 2025. Dkt. 65. The Parties respectfully and jointly request an extension of the stay of these proceedings for 30 days, until December 31, 2025. The State of Ohio, intervenor, has no objection to this motion.

Respectfully submitted:

| | |
|---|---|
| /s/ Mark D. Griffin | /s/ Anthony C. White |
| Justin E. Herdman (0080418) | Anthony C. White (0062146) |
| jherdman@jonesday.com | Robert F. Ware (0055515) |
| Tracy K. Stratford (0069457) | Kip T. Bollin (0065275) |
| tkstratford@jonesday.com | Thomas M. Ritzert (0085370) |
| James R. Saywell (0092174) | Kyle A. Hutnick (0095673) |
| jsaywell@jonesday.com | THOMPSON HINE LLP |
| JONES DAY | 3900 Key Center |
| North Point | 127 Public Square |
| 901 Lakeside Avenue | Cleveland, OH 44114 |
| Cleveland, OH  44114.1190 | Phone: (216) 566-5500 |
| Tel:   (216) 586-3939 | Fax: (216) 566-5800 |
| Facsimile:     (216) 579-0212 | Tony.White@ThompsonHine.com |
| | Rob.Ware@ThompsonHine.com |
| Mark D. Griffin (0064141) | Kip.Bollin@ThompsonHine.com |
| MGriffin@clevelandohio.gov | Thomas.Ritzert@ThompsonHine.com |
| Director of Law | Kyle.Hutnick@ThompsonHine.com |
| City of Cleveland, Department of Law | |
| 601 Lakeside Avenue, Room 106 | William Savitt (PHV No. 29327) |
| Cleveland, Ohio 44114-1077 | Bradley R. Wilson (PHV No. 29330) |
| Tel: (216) 664-2800 | Anitha Reddy (PHV No. 29326) |
| | Adam M. Gogolak (PHV No. 5969) |
| *Attorneys for Defendants* | WACHTELL, LIPTON, ROSEN & KATZ |
| | 51 West 52nd Street |
| | New York, NY 10019 |
| | Telephone: (212) 403-1000 |
| | Facsimile: (212) 403-2000 |
| | wdsavitt@wlrk.com |
| | brwilson@wlrk.com |
| | areddy@wlrk.com |
| | amgogolak@wlrk.com |
| | |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on the 26th day of November, 2025.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Anthony C. White*

*One of the Attorneys for Plaintiffs*