# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| CLEVELAND BROWNS FOOTBALL COMPANY LLC, *et al.*, | ) CASE NO. 1:24-CV-01857 |
| Plaintiffs, | ) JUDGE DAVID A. RUIZ |
| vs. | ) |
| THE CITY OF CLEVELAND, *et al.*, | ) Magistrate Judge Jonathan D. Greenberg |
| Defendants, | ) |
| STATE OF OHIO, | ) Notice of Dismissal With Prejudice |
| Intervenor. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, by and through counsel, hereby voluntarily dismiss this action **with prejudice**, each party to bear its own costs. This notice terminates the action as no other claims remain pending.

    Respectfully submitted,

*/s/ Anthony C. White*
Anthony C. White (0062146)
Robert F. Ware (0055515)
Kip T. Bollin (0065275)
Thomas M. Ritzert (0085370)
Kyle A. Hutnick (0095673)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
Phone: (216) 566-5500
Fax: (216) 566-5800
Tony.White@ThompsonHine.com
Rob.Ware@ThompsonHine.com
Kip.Bollin@ThompsonHine.com
Thomas.Ritzert@ThompsonHine.com
Kyle.Hutnick@ThompsonHine.com

William Savitt (PHV No. 29327)
Bradley R. Wilson (PHV No. 29330)
Anitha Reddy (PHV No. 29326)
Adam M. Gogolak (PHV No. 5969)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
wdsavitt@wlrk.com
brwilson@wlrk.com
areddy@wlrk.com
amgogolak@wlrk.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was filed electronically on the 9th day of December, 2025.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

> /s/ Anthony C. White
> One of the Attorneys for Plaintiffs